FILED ___ LODGED
✓ RECEIVED ___ COPY
SEP 27 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV 11-0270 PHX DGC

Dear Judge Campbell,

Tavilla
-vs-      settled
Cephalon

Your honor, I would like to begin this response with an apology to you the court, as well as to attorneys Bressler and Brennan.

Since our last contact we have had many problems and obstacles to endure and it has been very hard on our family.

"Nick's health" To keep this short, on top of problems the court is already aware of,

Nick has had severe ongoing pain and broke out with a case of shingles, which in itself is very painful. There is so much more But again, I'm trying to keep this short.

"Katherine 19 aka Katie"

Our daughter unable to deal with stress that has been mounting in the home, had to be hospitalized for 2 weeks, was out for 1 day, and had to be readmitted for another week. She only got home today. She will be doing intensive outpatient therapy, and is still under a doctors care. Emotionally this has been hell, on our family. Its terrible to see your own child, struggling as she was and is.

"Nick's email acct"

His acct. which has important legal history, was hacked about 2

months ago, with random emails being sent out to doctors, lawyers etc, posing as Nick, they were hateful and destructive. And alot of Nicks emails were deleted. We have secret service found out who is was, he has confessed and we have a report filed in the matter.

"Mr. Trean"

We have no leverage at this time to get Mr. Trean to cooperate in this important matter. As he ignored your order to give us copies of our entire file, and

only gave us select things.

We still do not have any billings, cost sheets, lien info - "if any" as that also was not sent.

Being sent "online" what was sent had time-limits and expired, with a small time-line. And the disc's were practically bare and had limited info.

We had a paralegal Named Amy - from Mr. Ken Chase's office help us prepare the memorandum for Judge Bade for settlement which could verify all that was and wasn't sent.

"Mr Treon" "continued"

We are in the process of dealing w/ Mr. Treon on Important Legal matters in addition to this case, over mis handling of our cases. He has yet to give us complete files in those cases as well. And in another case - no files at all.

Your honor there is so much more we need to tell you, but are not sure what we can say or cant say, in Connection w/ Mr Treon and other matters. We went to Mr. George Lyon's to have him

helps us with the contract Language as well as with Mr. Trean, and he had a stroke. We were at a loss. "We wish him the best."

Your honor, we have not had the funds to have an attorney help us with the language. Its been referred to as a bag of worms. Many will not get involved because of "Conflict of Interest" or wanted a big retainer to go thru the entire files "We dont have" so they can better

understand the case.

We have finally been able to secure a loan and will be able to have some funds, middle of next week.

Your honor, we are in agreement with the settlement 100%, and have engaged in conversations with Lewis & Roca, and a telephonic conference w/ Judge Bade, and all parties. We have not received any emails from Lewis & Roca as reasons earlier outlined, and My Ipad Computer was pawned 6 weeks ago

for grocery money. And still is pawned. ^(so I too have not received emails) We are unsure whether Luis and Roca have tried to email us or not. Their recent letter, has brought that to our attention. This is the first letter we have received over this matter.

Judge- we are begging you to ask Mr. Tureon to attend a court hearing so he can officially state his position once in for all in this matter, as we have been unsuccessful.

We have provided Lewis & Roca with all they have asked for, other than filling out the probate paper work which they said they would help us to push-thru.

"Back to Mr Treon" we have not been able to supply Lewis & Roca with an intent letter from Mr Treon. Thats why we beg of you to have that hearing so we can wrap this matter up once and for all, and get it behind us.

We do not feel Mr Treon is entitled to any of these funds. He withdrew from the case

and caused all this stress on everyone. Thank you so much for taking your time to read all this, there is so much more. We appreciate all the kindness and fairness shown by you in this matter. We await your instruction.

Nick, Donna, Britny, Katie & Alyssa Tull

* Please respond by mail.*

Copy delivered to Luis & Roca!!