Richard T. Treon (No. 002064)
**TREON & AGUIRRE**
A Professional Limited Liability Company
2700 N. Central Avenue, Suite 1400
Phoenix, Arizona  85004-1133
Telephone (602) 285-4400
Fax (602) 285-4483
Firm e-mail:  treonfirm@treonfirm.com
Direct e-mail: rtt@treonfirm.com.
Former Attorneys for  Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLAI TAVILLA, et al., | NO. CV11-00270-PHX-DGC |
| Plaintiffs, | |
| v. | **NOTICE TO THE COURT, PLAINTIFFS AND DEFENDANT CEPHALON FROM ATTORNEY RICHARD T. TREON** |
| CEPHALON, INC., a Delaware corporation; | |
| Defendants. | **(Assigned to the Hon. David J. Campbell)** |

**NOTICE TO THE COURT, PLAINTIFFS AND DEFENDANT CEPHALON:**

Richard T. Treon, former counsel for the Plaintiffs, does possess a lien against Cephalon for attorneys' fees and costs, but by this notice, waives any such claim against Cephalon so as to help facilitate the Tavilla settlement.  RTT further advises the Court, Cephalon and the Tavillas that because he does not know what the amount of the settlement is, he cannot make a decision whether to waive his claim for costs against the Tavillas.  He, therefore, reserves his right to make such a claim for costs against the Tavillas until he finds out the amount of the settlement.

With regard to providing a paper file to the Tavillas , they have been notified that such file is available for pickup since they will not accept delivery.  This is the FIFTH time that undersigned counsel has provided the Tavillas with a complete copy of their file,

notwithstanding their protestations to the contrary.

**RESPECTFULLY SUBMITTED** this 24th day of October, 2013.

**TREON & AGUIRRE, PLLC**

By  /s/ Richard T. Treon
    Richard T. Treon
    2700 N. Central Avenue, #1400
    Phoenix, AZ  85004-1133
    *Former Attorneys for Plaintiffs*

E-FILED this 24th day of October, 2013, with:

Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF participants:

Stephen M. Bressler
Kathleen Kahn
Lewis and Roca, LLP
40 N. Central Avenue, 19th Floor
Phoenix, AZ 85004-4429
SBressler@lrlaw.com
Kkahn@lrlaw.com

    and

John F. Brenner
Pepper Hamilton, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543
brennerj@pepperlaw.com
*Attorneys for Defendant Cephalon, Inc.*

    and

Nick Tavilla, Donna Tavilla,
Britny, Kathryn and Alyssa Tavilla
*In pro per*
c/o Tavilla Family e-mail account

By  /s/  DeeAnn Haniman
    DeeAnn Haniman